AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Raymond Miller<br><br>*Plaintiff(s)*<br>v.<br>1987-89 AMSTERDAM AVENUE HOUSING DEVELOPMENT FUND CORPORATION, IMANI MANAGEMENT, INC., ANGEL LAVERGNE<br>*Defendant(s)* | Civil Action No. 19 Civ 6371 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  1987-89 AMSTERDAM AVENUE HOUSING DEVELOPMENT FUND CORPORATION
1987-89 Amsterdam Avenue, New York NY 10032

Imani Management, Inc.
Angel Lavergne
412 Malcolm X Blvd
New York, NY 10037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Karl J. Stoecker
200 Park Avenue
New York, NY  10166
212-818-0080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/11/2019

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*