UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND MILLER,

               Plaintiff,

    -against-

ANGEL LAVERGNE, et al.,

               Defendants.

---

No. 19-CV-6371 (OTW)

**ORDER**

**ONA T. WANG**, United States Magistrate Judge**:**

The Court has been informed that this action has been settled. Accordingly, the parties are to submit the settlement agreement for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by **February 7, 2020**.

**SO ORDERED.**

Dated: January 23, 2020
       New York, New York

     *s/ Ona T. Wang*
     **Ona T. Wang**
     United States Magistrate Judge